# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:  6:11-cv-1637-Orl-31DAB

AJIT BHOGAITA,

    Plaintiff,

vs.



ALTAMONTE HEIGHTS
CONDOMINIUM ASSOCIATION,
INC.,

    Defendant.

DEPOSITION OF AJIT BHOGAITA

VOLUME I

Taken on Behalf of the Defendant

DATE TAKEN:    THURSDAY, JUNE 14, 2012

TIME:    10:00 A.M. - 5:49 P.M.

PLACE:    COLE, SCOTT & KISSANE, P.A.
    1900 SUMMIT TOWER BOULEVARD
    SUITE 750
    ORLANDO, FLORIDA  32810

Examination of the witness taken before:

ANTHONY TRUJILLO
Registered Professional Reporter
Florida Professional Reporter

1    that correct?

2         A.    Yes, sir.

3         Q.    Okay.

4         A.    Actually, can I look at that real quick?

5               Thanks, Mr. Ackerman.  Perfect.

6         Q.    If I could just --

7         A.    Sorry.

8         Q.    -- have a second to read -- to read this here.

9         A.    I don't -- I don't get a chance to look at it

10   every day, so I wanted to double check it, make sure I'm

11   giving you the right form.

12        Q.    What -- what was -- it's -- it just -- looking

13   at this first page of this Exhibit No. 2, it mentions

14   some type of disability.

15              Was that the reason for the discharge?

16        A.    Yes, sir.

17        Q.    And what was the nature of the disability?

18              THE WITNESS:  Do I have to answer that?

19              MR. BATES:  Yes.

20        A.    Yes, five knee surgeries and PTSD at the time.

21              THE REPORTER:  Excuse me?

22              THE WITNESS:  Five knee surgeries and PTSD.

23   BY MR. ACKERMAN:

24        Q.    Now, when you say PTSD, that's an acronym for

25   what?

1      Q.   Okay.

2      A.   I agree to that.

3      Q.   Okay.  And -- and since you did not own your

4 dog, Kane --

5      A.   Uh-huh.

6      Q.   -- you were not involved in any --

7 Altamonte Heights had not sent you any letter asking you

8 to remove your dog, Kane, right?

9      A.   Yes, sir, exactly.

10     Q.   Okay.  I -- I'm trying to word it

11 appropriately.  It's a pretty obvious question, but --

12 all right.

13        So then -- I mean, would you agree with me that

14 these records from the 2006, 2007 time frame indicate

15 that you were suffering from multiple symptoms relating

16 to depression and substance abuse?

17     A.   And PTSD and MST.

18        MR. BATES:  Objection to form.

19     Q.   Okay.  Well, can you -- let me -- let me ask it

20 again, okay?  Just -- would you agree that these records

21 demonstrate that you were suffering from depression

22 during that time frame?

23        MR. BATES:  Same objection.  Answer to the best

24    of your ability.

25     A.   Depression and PTSD caused by MST.

1     A.   Okay.  Okay.

2     Q.   **Was the --**

3     A.   I can tell you that I was -- when

4  September 11th happened, I was at my condo for sure.

5     Q.   **9/11?**

6     A.   So I was clean [sic], moved out when 9/11

7  happened.  I know that.

8     Q.   **Got you.  And -- and was the first place that**

9  **you lived after moving out of your parents' house the**

10 **Altamonte Heights condo?**

11    A.   It's my first home, yes, sir.

12    Q.   **Okay.  And you -- that's a condominium unit,**

13 **correct?**

14    A.   Yeah.

15    Q.   **All right.  And you purchased it from who?**

16         MR. BATES:  Answer if you can.

17    A.   I don't remember their name.

18    Q.   **That's fine.**

19    A.   I have -- I know -- it was -- I purchased it

20 from a person, obviously.  It wasn't like -- it wasn't

21 like a government auction or a foreclosure or something,

22 a short sale.  It wasn't like that.

23    Q.   **Okay.**

24    A.   It was, you know, an actual, regular purchase

25 of a condo.

1    Q.    With a mortgage?

2    A.    Yeah, yeah.

3    Q.    Okay.

4    A.    Exactly.

5    Q.    All right.  Now, did you -- after the MST

6    incident, did you inform your parents of that incident?

7          When was the first time that you disclosed that

8    to your parents, if -- if you've ever disclosed it to

9    them?

10   A.    Never.

11   Q.    They don't know about it?  I guess that's what

12   "never" means, right?  I just want to clarify.

13   A.    Never.

14   Q.    Never?

15   A.    Yeah.

16   Q.    Okay.  So your parents don't know.

17   A.    No.

18   Q.    Okay.  Are you writing down something?

19   A.    Yeah, I don't want to be here.

20   Q.    Oh, yeah.  You can just -- you don't have to

21   write it down.

22   A.    Uh-huh.

23   Q.    You -- if you need a bathroom break, we can

24   take a bathroom break whenever you need to.  We'll

25   take --