# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:11-cv-01637-GAP-DAB

AJIT BHOGAITA

    Plaintiff,

v.

ALTAMONTE HEIGHTS CONDOMINIUM ASSN., INC.

    Defendant.
_____/

## DECLARATION OF AJIT BHOGAITA

Under penalty of perjury, Ajit Bhogaita, who, being duly sworn upon oath, deposes and states as follows:

1. My name is Ajit Bhogaita and I am over 18 years old, and have personal knowledge of the facts as set forth herein.

2. I currently own the apartment at 312C Cherokee Court, Altamonte Springs, FL.

3. A tenant currently resides in this apartment, but after the current tenant's tenacy, I plan on moving back to this apartment.

4. I would like to move back into the apartment with Kane, my emotional support dog.

5. I am concerned that the current condominium management and board is not sufficiently aware of my rights as a person with a disability under the Fair Housing Act.

6.  Part of the function of Kane is to provide me with a feeling of comfort to mitigate my chronic anxiety as a result of my PTSD. The attempts to remove my dog, and the invasive questioning increased my anxiety and caused me to obtain further treatment from my mental health professionals. Further, it made me feel uneasy and insecure in my own home. I believe that I have been harmed by the actions of the association.

FURTHER AFFIANT UNDER PERJURY SAYETH NAUGHT.

Dated this 3rd day of October, 2012.

_____
Ajit Bhogaita