# EXHIBIT E

ALTAMONTE SPRINGS CONDOMINIUM ASSOCIATION, INC.
300 CHEROKEE COURT
ALTAMONTE SPRINGS, FLORIDA 32701
(407) 831-6941

5/04/10

Ajit Bhogaita
312C Cherokee Court
Altamonte Springs, Florida 32701

Dear Owner:

It has been reported to the office that you have a dog that is in violation of the Rules & Regulations. The Associations weight limit for pets, as stated in the Rules & Regulations is 25 pounds and all pets must be registered with the office.

The Rules & Regulations state the following:

*"All pets must be registered with the Association Management Office on their prescribed forms, including a description and photo of your pet. Unregistered pets will be considered trespassers and will be removed from the property."*

*"One pet (dog or cat only) is allowed per unit which shall not exceed twenty five (25) pounds."*

Your pet is not registered with the office and your pet exceeds the 25 pound weight limit.

Please remove your pet by 5/18/10 or further action may be taken by the Association.

Thank you,

Dawn Warren, Property Manager