# EXHIBIT G

Altamonte Heights Condominium
300 Cherokee C[...]
Altamonte Springs, Fl[...]
407-831-6941

Mr. Ajit Bhogaita
312C Cherokee Ct.
Altamonte Springs, Fl. 32701

July 13, 2010

Dear Mr. Bhogaita,

    We have received your request to keep your pet dog at your residence stating that you have a qualifying disability under the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1973. As noted previously, the issue at hand is that your pet dog is well above the 25 pound weight limit that is the maximum weight a pet may be according to our Association rules and restrictions.

    Based on your claims that you fall under the above noted Federal Acts in regards to keeping your dog outside the normal association weight restrictions, your information was forwarded to the Association attorney for review. At this time according to our attorney it appears that your request to keep your dog may not be qualified under the Acts cited, however, it is requested that you provide the following supplemental information regarding this matter prior to a final determination being made. Please provide this information to the Association, in writing, within the next 30 days.

- What is the exact nature of your impairment? How does it substantially limit a major life activity?
- How long have you been receiving treatment for this specific impairment?
- How many sessions have you had with Dr. Li?
- What specific training has your dog received?
- Why does it require a dog over 25 pounds to afford you an equal opportunity to use and enjoy your dwelling?

Upon answering these questions the Association will be able to make a final determination on this matter. Thank you.

Certified #- 7008 0150 0000 2656 6738

Dennis Warren, Director
Altamonte Heights BOD