# EXHIBIT I

To whom it may concern,

The following is a list of questions and answers that I have provided in response to a letter from Dennis Warren & the Altamonte Heights Condo Association.

1. What is the exact nature of your impairment? PTSD due to military trauma & arthritis due to 5 knee surgeries to treat two separate knee injuries while serving active duty in the USAF from August 1991 to November 1998.

2. How does it substantially limit a major life activity? Please see the updated letter from Dr. Li for information on how my PTSD affects major life activities. My animal also provides mobility assistance to compensate for my arthritic knees by providing physical bracing support when rising to a standing position.

3. How long have you been receiving treatment for this specific impairment? For PTSD since July of 1996 and for my knees since February of 1993.

4. How many sessions have you had with Dr. Li? Four sessions w/ Dr. Li & numerous sessions w/ other VA & active duty military doctors

5. What specific training has your dog received? My animal has received basic and advanced obedience training and is currently a service animal in training.

6. Why does it require a dog over 25 lbs to afford you an equal opportunity to use and enjoy your dwelling? In order to perform bracing and musculature support tasks, I require an animal that is large and sturdy enough to support my body weight of 160 pounds.

Sincerely,
Ajit "Bogey" Bhogaita
FOOTPRINTS: "My precious child, I love you and will never leave you, never, ever, during your trials and testings. When you saw only one set of footprints, it was then that I carried you."