# EXHIBIT J

C K
2011H0182

# LAW OFFICE OF
# PATRICK H. WILLIS
### ATTORNEY AT LAW

4700 MILLENIA BOULEVARD, SUITE 175
ORLANDO, FLORIDA 32839
(407) 903-9939
TELEFAX (407) 903-9929

Patrick H. Willis
Email: pwillis@pwillislaw.com

November 3, 2010

**Sent via U.S. First Class Mail and**
**Certified Mail, Return Receipt Requested**
Ajit Bhogaita
312 Cherokee Court, Unit C
Altamonte Springs, FL 32701

 RE: **Altamonte Heights Condominium Association, Inc. v. Ajit Bhogaita**

Dear Mr. Bhogaita:

Please be advised that this firm has the pleasure of representing Altamonte Heights Condominium Association, Inc., ("Association"). As you are aware, the governing documents for the Association prohibit dogs over 25lbs from residing in your unit. I have reviewed your correspondence which was received by the Association on August 17, 2010 and the two letters from Dr. Li that you have provided. However, these letters merely contain conclusory assertions without any explanation or citation of facts in support of your request for an accommodation. Please submit the following additional information to the Association so that your request can be further evaluated:

A sworn statement from Dr. Li that contains specific facts that (a) detail the exact nature of your alleged mental disability, (b) the treatment that you are receiving (a list of all medications, the number of counseling sessions per week, etc.), (c) how the diagnosis was made and after how many sessions this diagnosis was made, (d) the total number of hours and sessions of mental health treatment that you have received from the psychiatrist, (e) how long you have been a patient of the psychiatrist and how long you have been treated for the alleged mental disability, (f) whether this condition is permanent or temporary, (g) what treatment has been prescribed for you moving forward, (h) how the alleged mental disability substantially limits your major life activities, (i) and why you need a dog that is over 25lbs (i.e., why a smaller dog will not suffice) to have an equal opportunity to enjoy your unit.

Additionally, you need to provide the Association with documentation that demonstrates the individualized training that your dog has received for the purpose of helping you with your alleged mental disability. Please include (a) the dates that the training occurred on, (b) the contact information of the business that provided the training, (c) the date that the training was completed on and (d) copies of any certifications received or other documentation that the dog

has completed the training program.

This information must be received by the Association no later than December 6, 2010. If this information is not received by the Association, then this letter shall serve as the Association's formal demand for you to remove any dogs over 25 lbs from your unit no later than December 10, 2010. If you fail to provide the requested documentation and have not removed any dogs over 25lbs from your unit by December 10, 2010 then the Association will be forced to file for Arbitration with the Department of Business and Professional Regulation, Division of Florida Condominiums, Timeshares, and Mobile Homes.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Very Truly Yours,

Patrick H. Willis

FLORIDA COMMISSION ON HUMAN RELATIONS
10 DEC 14 PM 1:58