# EXHIBIT K

November 17, 2010

HOUSING DISCRIMINATION COMPLAINT

CASE NUMBER: pending
FCHR NUMBER: 2011H0182

1. Complainants

   Ajit Bhogaita
   312C Cherokee Court
   Altamonte Springs, FL 32201

2. Other Aggrieved Persons

   None.

3. The following is alleged to have occurred or is about to occur:

   Discriminatory terms, conditions, privileges or services and facilities.

   Failure to make a reasonable accommodation

4. The alleged violation occurred because of:

   Handicap

5. Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):

   312C Cherokee Court
   Altamonte Springs, FL 32201

6. Respondent(s)

   Altamonte Heights Condominium Association, Inc.
   Dawn Warren, Registered Agent
   329 Raven Rock Lane
   Longwood, FL 32750

7. The following is a brief and concise statement of the facts regarding the alleged violation:

   Complainant belongs to a class of persons whom the Act protects from unlawful discrimination because of his disability. Complainant alleged in June he was advised to remove his emotional support animal because it is over the weight limit. Complainant alleged he has provided Respondent with medical documentation and his emotional support animal is currently in training. Complainant alleged there are other residents in violation of the animal weight limit and other rules in the community.

   Complainant alleged he is constantly being asked to provide additional medical information. Complainant alleged he is constantly questioned by board members and the property manager concerning his

disabilities. Complainant believes Respondent has failed to make a reasonable accommodation and has subjected him to discriminatory term, conditions, privileges or services and facilities, in violation of the Fair Housing Act.

8. **The most recent date on which the alleged discrimination occurred:**

   November 06, 2010

9. **Types of Federal Funds identified:**

   None.

10. **The acts alleged in this complaint, if proven, may constitute a violation of the following:**

    Section 804f3B and 804 b or f of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.

**Please sign and date this form:**

I declare under penalty of perjury that I have read this complaint (including any attachments) and that it is true and correct.

_____          11/29/10
Ajit Bhogaita                            (Date)

N O T E: HUD WILL FURNISH A COPY OF THIS COMPLAINT TO THE PERSON OR ORGANIZATION AGAINST WHOM IT IS FILED.

# Technical Assistance Questionnaire for Housing Complaints

PLEASE ANSWER ALL QUESTIONS ON PAGES 1-3

Attn: Stephanie Randolph
From: Ajit Bhogaita 321-356-6402

*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12)*

(Please answer the following:)

1. CONTACT/PERSONAL INFORMATION
    a. Name: ☒Mr. ☐Ms. ☐Mrs.   (First, Middle Name or Initial, Last) Ajit Balu Bhogaita
       Mailing Address: 312C Cherokee Court
       Zip Code: 32701 City: Altamonte Springs County: Seminole State: FL
    b. If you want us to contact you by e-mail, please provide your e-mail address: gobogey@centurylink.net
    c. Home Phone: (407) 262-0999   Work Phone: (407) 262-0999
       Cell Phone: (321) 356-6402   Date Of Birth: 6/27/1973 (mm/dd/yyyy)
    d. If you will be represented by an attorney, please provide the attorney's name and phone number:
       Name     Phone ( )
       Address:
    e. Please provide the name and telephone number of an individual who does not live with you but would know how to reach you:
       Name: Balu Bhogaita   Phone: (813) 476-8937
    f. Have you filed a complaint of discrimination with the FCHR, EEOC, HUD, or any local agency within the last year? If yes, complete below: no
       Agency Name:
       Approximate date filed:   /   /   (mm/dd/yyyy) Complaint or Charge Number, if known

2. TYPE OF COMPLAINT: Please indicate whether you wish to file a(n):
    ☒ Housing Discrimination Claim (Do you believe you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under the age of 18, a pregnant female in the family or your national origin?)
    (COMPLETE pages 1-4)

    ☐ Familial Status/Housing for Older Persons
      Discrimination Claim
      (Complete pages 1-3, then page 5)

    ☒ Reasonable Accommodation/Modification Claim
      (Complete pages 1-3, then page 6)

1

*Your answers to this questionnaire are confidential pursuant to Florida Statute 760.11(12)*

(Please answer the following)

3. ESTABLISHING JURISDICTION

a. Today's Date  10 / 30 / 2010 (mm/dd/yyyy)

b. What was the **MOST RECENT DATE** or **LAST DATE** that you were allegedly discriminated against (i.e. refused opportunity to rent or buy, evicted, failed to be served, etc.)?  11 / 06 / 2010 (mm/dd/yyyy)

If your answer to **3b.** is *over one year before today*, please stop and contact a Commission customer service representative at (1-800-342-8170 or 1-850-488-7082) OR stop and contact an attorney or your local legal aid society.

c. What is the address of the property in question?
Mailing Address: 312C Cherokee Court
Zip Code:  City  County:  State:
32701  Altamonte Springs, Seminole County, FL

4. What type of house or property was involved?
- [ ] Single family house
- [x] A house or building for 2, 3, or 4 familie Condominium
- [ ] A building for five families or more
- [ ] Other, including vacant land held for residential use (please ex

5. Basis for Housing Discrimination
a. Do you believe you were discriminated against because of your race, color, religion, sex, handicap, the presence of children under the age of 18, or a pregnant female in the family or your national origin? Check all that apply.

- [ ] **Race or Color:** [ ] Black [ ] White [ ] Other (Please identify)
- [ ] **Religion:** (Please identify) [ ] **Sex:** [ ] Female [ ] Male
- [x] **Handicap** (Please identify) [x] Physical [x] Mental
- [ ] **Familial Status:** [ ] Pregnant [ ] Child Under 18 years of age
- [ ] **National Origin:** [ ] Hispanic [ ] Asian or Pacific Islander [ ] American Indian or Alaskan Native [ ] Other (Please identify)
- [ ] **Other:** (Please identify)

6. What did the person you are complaining against do? Check all that apply:
- [x] Refused to rent, sell or deal with you
- [x] Discriminate in the conditions or terms of sale, rental occupancy, or in services or facilities
- [ ] Falsely deny housing was available
- [ ] Engage in blockbusting
- [ ] Discriminate in financing
- [ ] Discriminate in broker's services
- [x] Intimidated, interfered or coerced you to keep you from the full benefit of the Federal Fair Housing Law
- [ ] Other (Please specify)

7. What type of house or property was involved?
- [ ] Single family house [x] A house or building for 2, 3 or 4 families Condominium
- [ ] A building for five families or more
- [ ] Other, including vacant land held for residential use: (please explain)

2

Does the owner live there?   ☒ Yes   ☐ No   ☐ Unknown

8. Against whom is this complaint being filed?
Full Name: Altamonte Heights Condominiums c/o Dawn + Dennis Warren
Address: 300 Cherokee Court
City: Altamonte Springs, County: Seminole County, State: FL, Zip Code: 32701
Telephone number: (407) 921-8555

This person(s) is a:   ☐ Builder   ☒ Owner   ☒ Sales Person   ☒ Supervisor
☒ Manager   ☐ Bank or other lender   ☐ Other:

STATEMENT OF DISCRIMINATION
Summarize in your own words what happened:

adv'd to remove my ESA Kane, on Jun 0810 due to overweight limit of 25 lbs. Have provided medical docs and questions on my disability and animal training continue. There are multiple occupants in violation of weight limit and other animal rules. I don't know if they also have been adv'd to the degree I have been.

3

# QUESTIONS FOR HOUSING DISCRIMINATION CLAIMS

What is your protected class: race, religion, familial status, national origin, color, disability, sex? disability

Did you submit a rental application or contract for purchase? If so, when? June 2001

How were you notified that the application or contract was being denied? never

Are you a current resident at the property at issue? yes

Please describe the adverse action taken against you (i.e. failure to rent/sale; discriminatory terms and conditions; eviction; other). eviction due to mental illness

Describe in detail the reason you believe you were discriminated against, providing dates. Seen walking over-weight

Who discriminated against you? Altamonte Heights Dennis + Dawn Warren animal

What is his/her position? Property Manager

Were there any witnesses to the incidents you describe? yes Who? Gorg Velle, Michael Borreta, Hope

Provide names, addresses, and phone numbers. all in 314, 312, Crandall, and 310 buildings

Did you tell anyone about the discriminatory actions? no When? Provide names, addresses, and phone numbers.

Is there any documentation of the incident(s) you described? yes, letters

Is there witness testimony or physical documentation that corroborates your testimony? many

If so, please explain and provide copies, if possible. witnesses both renters and owners

Do you believe you were treated differently from people outside your protected class (e.g. race, religion, etc.)? yes

Provide the name and address of that person. What is that person's protected class?

Describe how that person was treated differently and the conduct he/she engaged in.

Is there any correspondence, letters, memorandums, or other documentation from you to your housing provider or to you from your housing provider? yes

Are there any witnesses to the incidents you described herein? yes Please provide names and addresses.

Please provide a copy of any documents or other information, including affidavits, which you believe will be helpful in this investigation.

Are you interested in pre-investigation conciliation? yes

Does an attorney represent you in this matter? If so, please provide name, address, and phone number. no

4

# QUESTIONS FOR REASONABLE ACCOMMODATION/MODIFICATION CLAIMS

What is your disability? PTSD due to military trauma

Do you have medical documentation describing your disability? yes.

Describe your impairment. Unable to concentrate, fear of hostile people, unable to cope w/ most socialization

How does it affect your ability to walk, talk, take care of your daily activities, sleep, eat, breathe, work, hear, and/or see? daily hygiene not observed, unable to sleep, eat routinely. Shaking trembles and anxiety

To what extent does your condition limit the above-mentioned activities? Substantially

To what extent is your disability or impairment corrected by the medication or devices? better fitness and mental pre-occupation away from fears and memories

Is your condition permanent or temporary? unknown by me

When was the onset of the condition? late June 1996

Explain how you made your housing provider aware of your disability or impairment. Provide date(s). mailed 3 letters from Sept '10 to Oct '10 providing medical info

Did you request an accommodation? yes

What accommodation did you ask for and who did you ask? keeping my animal — Dawn Warren — property mgr.

What was your housing provider's response to your request for an accommodation? letter asking to remove animal

Why do you believe the housing provider refused your request for an accommodation? my animal weighs more than 25 lbs.

What reason did the housing provider give for not providing you an accommodation? no reason

Did the housing provider offer a different accommodation? no   Explain.

If so, why was this accommodation not acceptable to you?

Did you suggest alternative accommodations? no   Explain.

Are you aware of other residents who received accommodations by your housing provider? yes   Please explain what accommodations were provided to whom. allowance of animals over weight limit and number allowed

Is there any correspondence, letters, memorandums, or other documentation from you to your housing provider or to you from your housing provider? yes.

Are there any witnesses to the incidents you described herein?   Please provide names and addresses.

Please provide a copy of any documents or other information, including affidavits, which you believe will be helpful in this investigation.

Are you interested in pre-investigation conciliation? yes

Does an attorney represent you in this matter?   If so, please provide name, address, and phone number.
no

6